IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANDRE SMOOT SHADEED, *et al.*,  )
                                )
　　　　Plaintiff,               )
v.                              )   Civil Action No. 3:17CV178–HEH
                                )
T. GREEN, *et al.*,             )
                                )
　　　　Defendants.              )

## MEMORANDUM OPINION
### (Dismissing Action Against Brown, Watson, and Holmes Without Prejudice)

By Memorandum Order entered on March 22, 2017, the Court conditionally docketed Plaintiffs' action. The Court directed Plaintiffs to affirm his intention to pay the full filing fee by signing and returning a consent to collection of fees form and *in forma pauperis* affidavit. In addition to the above requirements, the Court directed Plaintiffs that they must submit a brief within thirty (30) days of the date of entry thereof, explaining why allowing the action to go forward with the multiple joined Plaintiffs would promote judicial efficiency. The Court also directed Plaintiffs to explain why the Complaint, as submitted, complies with joinder requirements. The Court warned that a failure to submit this brief would result in dismissal of the action.

By Memorandum Order entered on May 3, 2017, the Court dismissed Plaintiffs Walker, Shabazz, Manuel, and McClease because they failed to return an *in forma pauperis* affidavit or a consent to collection of fees form.

The record establishes that the remaining Plaintiffs, although they each submitted an *in forma pauperis* affidavit and consent to collection of fees form, have also not

complied with the orders of this Court. Plaintiffs Shadeed, Brown, Watson, and Holmes failed to submit a brief within thirty days explaining why allowing the action to go forward with multiple joined Plaintiffs would promote judicial efficiency. Such conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice with regard to all Plaintiffs except the first-named Plaintiff, Shadeed. The Court will continue to process the action with Shadeed as the sole Plaintiff.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: May 5 2017
Richmond, Virginia